UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERNEST LEE COX, Jr., | No. 2:20-cv-1295 KJM DB P |
| Plaintiff, | |
| v. | ORDER |
| VASUKI DARAM, et al., | |
| Defendants. | |

Plaintiff is a state prisoner proceeding pro se.  Plaintiff seeks reconsideration of the court's November 6, 2020 order denying plaintiff's motion for a temporary restraining order. ECF No. 23.  Pursuant to Local Rule 230(j), a party seeking reconsideration of an order must show "new or different facts or circumstances [] claimed to exist which did not exist or were not shown upon such prior motion, or what other grounds exist for the motion[.]"  Because plaintiff fails to establish new or materially different facts or grounds for granting a temporary restraining order, the court **denies** plaintiff's motion for reconsideration. This order resolves ECF No. 23.

DATED:  February 22, 2021.

CHIEF UNITED STATES DISTRICT JUDGE

1